605 A.2d 1227

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**David ZIMMER, Appellant.**

Supreme Court of Pennsylvania.

Argued April 10, 1992.

Decided April 27, 1992.

Bari E. Rose–Epstein, Donald M. Bowman, Philadelphia, for appellant.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., Joan Weiner, Hugh Burns, Philadelphia, for appellee.

Before FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

PER CURIAM.

The Order of the Superior Court is Reversed and the matter is Remanded to that Court for disposition of the appeal on its merits. Jurisdiction is relinquished.

NIX, C.J., and LARSEN, J., did not participate in the consideration or decision of this matter.